No. 1123. MATOS, PLAINTIFF AND APPELLANT, *v.* AMERICAN RAILROAD COMPANY OF PORTO RICO, DEFENDANT AND RESPONDENT.—Appeal from the District Court of Aguadilla in an action for damages. Motion by the respondent for dismissal of the appeal. Decided April 29, 1914. Appeal dismissed because of failure of the appellant to file a brief. *Mr. Herminio Díaz Navarro* for the appellant. *Mr. F. G. Pérez Almiroty for* the respondent.

---

No. 1125. FAJARDO SUGAR COMPANY, PLAINTIFF, APPELLANT AND RESPONDENT, *v.* VEVE, DEFENDANT, RESPONDENT AND APPELLANT.—Appeal from the District Court of Humacao in an action for damages. Motion by both parties for leave to withdraw their respective appeals. Decided May 4, 1914. Motions sustained. *Mr. Luis Muñoz Morales* for the plaintiff. *Mr. José de Guzmán Benítez* for the defendant.

---

No. 678. THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* VELILLA, DEFENDANT AND APPELLANT.—Appeal from the District Court of Arecibo in a prosecution for aggravated assault and battery. Decided May 4, 1914. Judgment affirmed. *Mr. Charles E. Foote, fiscal,* for The People. The appellant did not appear.